# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America v. | CASE NUMBER |
|---|---|
| **PLAINTIFF(S)** | 2:19-cv-01327 JAK(PLAx) |
| v. | |
| Up to 28,174,145.52 USD in Huntington National Bank Escrow Account Number -7196 et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)** |
| **DEFENDANT(S).** | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

| March 5, 2019 | Dale S. Fischer  *(signed) Dale S. Fischer* |
|---|---|
| Date | United States District Judge |

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

| | |
|---|---|
| Date | United States District Judge |

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case **2:15-cv-01899 DSF(VBKx)** and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge **NA** to Magistrate Judge **NA**.

On all documents subsequently filed in this case, please substitute the initials **DSF** after the case number in place of the initials of the prior judge, so that the case number will read **2:19-cv-01327 DSF(PLAx)**. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (10/16)   **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (Related Cases)**