UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                  v.<br><br>UP TO $1,148,739.35 IN ACCOUNT NUMBER XXXXXXXX6111 AT BARCLAYS BANK OF DELAWARE, IN THE NAME OF CHRISTOPHER JOEY MCFARLAND,<br><br>            Defendants. | No. CV 19-1327-DSF (PLAx)<br><br>**WARRANT FOR ARREST *IN REM*** |

   TO: THE FEDERAL BUREAU OF INVESTIGATION ("FBI"), THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

   A Verified Complaint for Forfeiture *In Rem* ("Verified Complaint") was filed on February 22, 2019, in the United States District Court for the Central District of California by the United States of America, alleging that the asset – specifically: up to $1,148,739.35 in account number XXXXXXXX6111 held in the name of Christopher Joey McFarland at Barclays Bank of Delaware (the

CC: US MARSHAL

"Defendant Asset") is subject to forfeiture to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(A) and (C).

The Court is satisfied that, based upon the allegations of the Verified Complaint, there is probable cause to believe that the Defendant Asset is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

YOU ARE HEREBY COMMANDED pursuant to Supplemental Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), to arrest and seize the Defendant Assets. Special Agents of the FBI and/or Deputies of the United States Marshals Service ("USMS"), together with any personnel deemed necessary, shall execute this warrant of arrest in rem as soon as practicable.

YOU ARE FURTHER COMMANDED to provide a copy of this warrant to the person or persons from whom the Defendant Asset is seized and file a return with this Court identifying the time and details of execution of this Warrant, and the identity of the individual(s) who received copies.

THE GOVERNMENT IS COMMANDED to publish notice of the seizure in a manner consistent with the Supplemental Rules, and to provide notice of this action to all persons and entities who reasonably appear to be potential claimants to the Defendant Asset by sending such persons and entities a copy of this warrant and a copy of the Verified Complaint, in a manner consistent with Rule G(4)(b) of the Supplemental Rules.

This warrant provides notice that in order to avoid forfeiture of the Defendant Asset, any person claiming an interest in, or right

against, the Defendant Asset must file a claim, signed under penalty of perjury, identifying the specific asset claimed, the claimant, and stating the claimant's interest in the asset in the manner set forth in Rule G(5) of the Supplemental Rules.  Any such claim must also be served on Trial Attorney Barbara Y. Levy, U.S. Department of Justice, 1400 New York Ave., NW, 10th Floor, Washington DC, 20005.  In no event may such claim be filed later than thirty-five (35) days after the date the notice of the Complaint is sent, or if applicable, no later than sixty (60) days after the first day of publication on an official internet government forfeiture site.

In addition, any person having filed such a claim must also file an answer to the Verified Complaint not later than 21 days after the filing of the claim, with a copy thereof sent to Trial Attorney Barbara Y. Levy at the address above.  Upon failure to file a verified statement of interest and answer, default may be entered pursuant to Rule 55(a), Federal Rule of Civil Procedure, and seizure and condemnation may proceed as sought by plaintiff in its Complaint.

Dated this 7TH day of March, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR
Chief, MLARS
United States Department of Justice
WOO S. LEE
BARBARA Y. LEVY
JOSHUA L. SOHN
Criminal Division
U.S. Department of Justice

```
 1
    NICOLA T. HANNA
 2  United States Attorney
    LAWRENCE S. MIDDLETON
 3  Assistant United States Attorney
    Chief, Criminal Division
 4  STEVEN R. WELK
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
 6
     /s/ Barbara Y. Levy
 7  JOHN J. KUCERA
    MICHAEL R. SEW HOY
 8  Assistant United States Attorneys
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
11
12
...
28
```