DANIEL CRUMP (287290)
Wilmer Cutler Pickering
 Hale and Door LLP
  350 South Grand Avenue, Suite 2100
  Los Angeles, CA 90071
  Telephone: (213) 443-5377
  Email:  Daniel.Crump@WilmerHale.com

Attorneys for Claimant
CHRISTOPHER JOEY MCFARLAND

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>UP TO $28,174,145.52 IN<br>HUNTINGTON NATIONAL BANK ESCROW<br>ACCOUNT NUMBER '7196; ET AL.<br><br>          Defendants. | No. 2:19-CV-01327-DSF (PLAx) |

**CHRISTOPHER JOEY MCFARLAND'S VERIFIED CLAIM AND
STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY**

Wilmer Cutler Pickering
  Hale and Door LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5377

1    On February 22, 2019, a Verified Complaint for Forfeiture In Rem

2  (the "Complaint") was filed in the United States District Court for

3  the Central District of California, Western Division, by the United

4  States of America seeking the forfeiture of the following:

5    (a)  up to $28,174,145.52 in Huntington National Bank Escrow

6  Account Number '7196 (the "Huntington Funds");

7    (b)  up to $1,148,739.35 in Barclays Bank of Delaware Account

8  Number '6111 (the "Barclays Funds"); and

9    (c)  Up to $162,486.88 in Fidelity Investments, Inc. Account

10  Number '9340 (the "Fidelity Funds").

11    Claimant Christopher Joey McFarland, ("McFarland") hereby

12  submits this verified claim asserting an ownership interest in

13  $14,087,072.76 of the Huntington Funds; the entirety of the Barclays

14  Funds; and the entirety of the Fidelity Funds (collectively, the

15  "Subject Funds").

16    The $14,087,072.76 of the Huntington Funds claimed by McFarland

17  represent his share in the buyout of his personal investment interest

18  in a facilities management company headquartered in Newport,

19  Kentucky.  McFarland is the owner of the $14,087,072.76 of the

20  Huntington Funds and has a legally recognizable interest in the funds

21  in said account.   As such McFarland has a superior right, title, and

22  interest in said funds over any and all interest asserted by the

23  government in such funds.

24    The Barclays Funds represent monies from a personal bank

25  account, i.e. Barclays Bank of Delaware Account Number '6111, which

26  is in McFarland's name.  McFarland is the owner of the Barclays Bank

27  of Delaware Account Number '6111 and thus the owner of the Barclays

28  Funds and has a legally recognizable interest in the funds in said

1 | account.  As such, McFarland has a superior right, title, and

2 | interest in the Barclays Funds over any and all interest asserted by

3 | the government in such funds.

4 |     The Fidelity Funds represent monies from a personal brokerage

5 | account, *i.e.* Fidelity Investments, Inc. Account Number '9340, which

6 | is in McFarland's name.  McFarland is the owner of the Fidelity

7 | Investments, Inc. Account Number '9340 and has a legally recognizable

8 | interest in the funds in said account.  As such, McFarland has a

9 | superior right, title, and interest in the Fidelity Funds over any

10 | and all interest asserted by the government in such funds.

11 |     McFarland hereby claims full ownership of the Subject Funds and

12 | asserts a superior right, title and interest in the Subject Funds.

15 | Dated: April 24, 2019

Respectfully submitted,

DANIEL CRUMP
Wilmer Cutler Pickering Hale and
Dorr LLP

Attorneys for

Christopher Joey McFarland

_____

## VERIFICATION OF CLAIM

I, Christopher Joey McFarland, pursuant to Title 18, United States Code Section 1746, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on <u>4/24/2019</u>

<u>C Joey McFarland</u>
Christopher Joey McFarland

4