Matthew L. Schwartz (*pro hac vice* pending)
Jaime D. Sneider (*pro hac vice* pending)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
E-mail: mlschwartz@bsfllp.com
         jsneider@bsfllp.com

Adam Agatston (SBN 325114)
BOIES SCHILLER FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, California 90401
Telephone: (310) 752-2400
Fax: (310) 752-2490
E-mail: aagatston@bsfllp.com

*Attorneys for Claimant*
*Red Granite Investment Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UP TO $28,174,145.52 IN HUNTINGTON NATIONAL BANK ESCROW ACCOUNT NUMBER '7196; et al.,<br><br>Defendants. | Case No. 19-cv-1327-DSF (PLAx)<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT RED GRANITE INVESTMENT HOLDINGS, LLC** |

1

## VERIFIED CLAIM AND STATEMENT OF INTEREST

By and through its undersigned counsel, Claimant Red Granite Investment Holdings, LLC files this verified claim and statement of interest for property in the above-captioned defendant property pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as follows:

1. Claimant Red Granite Investment Holdings, LLC is a company organized under the laws of Delaware.

2. Claimant asserts an ownership interest in $14,087,072.76 of the funds in Huntington National Bank Escrow Account Number '7196 ("Huntington Funds") more particularly described in Attachment A to the Verified Complaint for Forfeiture *In Rem* filed in this action.

3. The $14,087,072.76 of the Huntington Funds claimed by Red Granite Investment Holdings, LLC represent Claimant's share in the buyout of its investment interest in a facilities management company headquartered in Newport, Kentucky.

4. Red Granite Investment Holdings, LLC is the owner of the $14,087,072.76 of the Huntington Funds and has a legally recognizable interest in those funds.

5. Accordingly, Claimant asserts its interest in the defendant property and has standing to contest its forfeiture.

6. Pursuant to Supplemental Rule E(8), made applicable to forfeiture actions by Supplemental Rule G(1), Claimant expressly limits its appearance to asserting and defending its claim.

| | |
|---|---|
| Dated: May 30, 2019 | Respectfully Submitted, |
| | BOIES SCHILLER FLEXNER LLP |
| | *Attorney for Red Granite Investment Holdings, LLC* |
| | By: /s/ Matthew L. Schwartz |
| |      Matthew L. Schwartz |

## VERIFICATION

I am a duly-appointed manager of Claimant Red Granite Investment Holdings, LLC. I verify under penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest is true and correct.

EXECUTED ON: May 30, 2019

_____
Philip Fier
Manager
Red Granite Investment Holdings, LLC

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **VERIFIED CLAIM AND STATEMENT OF INTEREST** was sent by Federal Express this 30th day of May, 2019 to:

Barbara Y. Levy
Trial Attorney
United States Department of Justice
1400 New York Ave., NW, 10th Floor
Washington, D.C. 20005

Dated: May 30, 2019

                By:  /s/ Matthew L. Schwartz
                     Matthew L. Schwartz
                     BOIES SCHILLER FLEXNER LLP