UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UP TO $28,174,145.52 IN HUNTINGTON NATIONAL BANK ESCROW ACCOUNT NUMBER '7196, ET AL.,<br><br>　　　Defendants *In Rem*. | No. CV 19-01327-DSF (PLAx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |
| CHRISTOPHER JOEY MCFARLAND,<br><br>　　　　Claimant. | |

Plaintiff United States of America and Claimant Christopher Joey McFarland ("Claimant") have made a stipulated request for the entry of this Consent Judgment, partially resolving this action.

The Court, having considered the stipulation and request of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over Plaintiff, the following Defendants: (a) $14,087,072.76 in Huntington National Bank Escrow Account Number '7196; (b) $1,148,739.35 in Barclays Bank of Delaware Account Number '6111; and (c) $162,486.88 in Fidelity

1. Investments, Inc. Account Number '9340 (collectively, the "Defendant Funds"), Claimant, and the subject matter of this action as related to the Defendant Funds only.

2. This Consent Judgment does not apply to the remaining defendant asset in this action, $14,087,072.76 in Huntington National Bank Escrow Account Number '7196.

3. The Government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. All potential claimants to the Defendant Funds, other than Claimant, are deemed to have admitted the allegations of the Complaint. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant, nor should this consent judgment be admitted in any criminal proceeding against Claimant to prove any of the facts relied upon to establish reasonable cause for the seizure of the Defendant Funds or the commencement of this action. The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture of the Defendant Funds.

4. The Government shall have judgment as to the Defendant Funds, and all interest earned by the government thereon, and no other person or entity shall have any right, title or interest therein. The Government shall dispose of said funds in accordance with law.

5. The Court finds that there was reasonable cause for the seizure of the Defendant Funds and institution of this action on

the Defendant Funds. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

6. Each of the parties shall bear its own fees and costs in connection with the seizure of the Defendant Funds and this action.

IT IS SO ORDERED.

DATED: July 17, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

```
 1 | Approved as to form and content:
 2 |
   |  Dated: July 15, 2019            /s/ Daniel Crump
 3 |                                  SHARON COHEN LEVIN, Pro Hac Vice
   |                                  DANIEL CRUMP
 4 |                                  Wilmer Cutler Pickering Hale and
   |                                  Dorr LLP
 5 |
   |                                  Attorneys for Claimant
 6 |                                  Christopher Joey McFarland
 7 |
 8 |
   |  Dated: July 15, 2019            DEBORAH CONNOR, Chief
 9 |                                  Money Laundering and Asset Recovery
   |                                  Section
10 |
   |                                  NICOLA T. HANNA
11 |                                  United States Attorney
   |                                  LAWRENCE S. MIDDLETON
12 |                                  Assistant United States Attorney
   |                                  Chief, Criminal Division
13 |                                  STEVEN R. WELK
   |                                  Assistant United States Attorney
14 |                                  Chief, Asset Forfeiture Section
15 |
16 |                                     /s/ [by e-mail confirmation]
   |                                  JOHN J. KUCERA
17 |                                  MICHAEL R. SEW HOY
   |                                  Assistant United States Attorney
18 |
19 |                                  MARY BUTLER, Chief, International Unit
   |                                  WOO S. LEE, Deputy Chief,
20 |                                      International Unit
   |                                  JOSHUA L. SOHN, Trial Attorney
21 |                                  BARBARA LEVY, Trial Attorney
   |                                  Attorneys for Plaintiff
22 |                                  United States of America
23 |
24 |
25 |
26 |
27 |
28 |
```